# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMIE JACKSON, individually and on behalf of all other similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOLE PACKAGED FOODS, LLC, )<br>)<br>Defendant. ) | No. 3:22-cv-01448-DWD |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, without prejudice against Defendant Dole Packaged Foods, LLC pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: June 21, 2023,                                Respectfully submitted,

COCHRAN LAW PLLC                          FAEGRE DRINKER BIDDLE & REATH LLP

By: *s/ Stuart L. Cochran*                            By: *s/ Tyler A. Young*
    Stuart L. Cochran                                     Tyler A. Young
    stuart@scochranlaw.com                          tyler.young@faegredrinker.com
    8140 Walnut Hill Lane                              2200 Wells Fargo Center
    Suite 250                                                     90 South Seventh Street
    Dallas, TX 75231                                         Minneapolis, MN 55402-3901
    (469) 333-3405                                            (612) 766-7000

    *One of the attorneys for*                           *One of the attorneys for*
    *Plaintiff Jamie Jackson*                           *Defendant Dole Packaged Foods, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 21, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which electronically delivered a copy of the same to all counsel of record.

                                        */s/ Stuart L. Cochran*
                                        Stuart L. Cochran